**Charlotte Neumann, Plaintiff-Appellant, v. Vernon Ellars, Defendant-Appellee.**

Gen. No. 50,760.

First District, Third Division.

October 13, 1966.

Michael J. Guinan, of Chicago, for appellant; Patrick J. Muldowney, of Chicago, for appellee. Opinion by JUSTICE DEMPSEY. Not to be published in full.